| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JARED D. MCCULLOUGH,

    Plaintiff,

*versus*       CIVIL ACTION NO. 9:23-CV-183

BOBBY LUMPKIN, *et al.*,

    Defendants.

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Jared D. McCullough, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by plaintiff be granted and the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#10) is **ADOPTED**. The motion to dismiss (#9) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 27th day of February, 2024.

                                                   MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE